*(A1755/5.)*

UNITED STATES DISTIRCT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

SPIN MASTER LTD., MICHAEL CONNALLY
and ERNEST BUTLER,

      Plaintiffs,

 - against -         06 Civ. 1080 (PKC)

JAKKS PACIFIC, INC.,

      Defendant.
-------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/06
```

### NOTICE OF DISMISSAL

The plaintiffs dismiss this action under rule 41(a)(1) of the Federal Rules of Civil Procedure without prejudice.

Dated: New York, New York
   March 16, 2006

              _____
              Charles D. Cole, Jr.
              Newman Fitch Altheim Myers, P.C.
              14 Wall Street
              New York, New York 10005-2101
              (212) 619-4350

              -and-

              Michael T. Murphy
              Kimberly N. Reddick
              Jeffrey J. Howell
              Bell, Boyd & Lloyd PLLC
              1615 L Street, N.W.
              Washington, D.C. 20036
              (202) 955-6848

              Attorneys for Spin Master Ltd.,
              Michael Connally, and Ernest Butler

SO ORDERED:

_____
U.S.D.J.